October 30, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

CITIBANK N.A. AND ALLEN L. ADKINS, Appellants

NO. 14-11-00918-CV  V.

DON M. ESTES, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Don M. Estes, signed September 26, 2011, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We order appellants, CITIBANK N.A. AND ALLEN L. ADKINS, jointly and severally, to pay all costs incurred in this appeal.

We order this decision certified below for observance.